■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUNIOR OSBORNE THOMAS, Appellant. [614 NYS2d 918] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered July 16, 1990, convicting him of manslaughter in the second degree, reckless endangerment in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the prosecutor's summation comments improperly evoked the sympathy of the jury, and implied that the defendant had fabricated his testimony after hearing the prosecution witnesses testify. However, the defendant failed to preserve his contentions for appellate review, since the defendant failed to object to the prosecutor's comments *(see,* CPL 470.05 [2]; *see also, People v Goodman,* 190 AD2d 862). In any event, the comments were not so prejudicial as to warrant a reversal of the conviction in the exercise of our interest of justice jurisdiction, especially in light of the overwhelming evidence against the defendant *(see, People v Galloway,* 54 NY2d 396; *see also, People v Crimmins,* 36 NY2d 230; *People v Russo,* 201 AD2d 512).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Lawrence, Joy and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TORREULLAS, Appellant. [614 NYS2d 918] —Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered October 5, 1992.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's waiver of the right to appeal was knowingly and voluntarily entered and that his right to the effective assistance of counsel was satisfied *(see, People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137).

The defendant having raised no other issues, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.